UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| LRM HOLDINGS, INC., | ) | |
|     *Plaintiff,* | ) | |
| | ) | |
| *vs.* | ) | 3:13-cv-146-JMS-WGH |
| | ) | |
| COMPUTER SUPPORT, INC., | ) | |
|     *Defendant.* | ) | |

## ORDER

Yet again, Plaintiff LRM Holdings, Inc. ("LRM"), has filed a complaint against Defendant Computer Support, Inc. ("Computer Support"), alleging that the Court can exercise diversity jurisdiction over this action but failing to properly allege the amount in controversy.  [Dkt. 19.] Specifically, LRM alleges that the amount in controversy exceeds $75,000, but omits the crucial "exclusive of interest and costs" language required by 28 U.S.C. § 1332(a).  [*Id.* at 1 ¶ 3.]  LRM made this same mistake when it filed its initial complaint, [dkt. 1], and the Court specifically pointed out that failing and required LRM to file an Amended Complaint, [dkt. 10].  Although LRM corrected its mistake in its Amended Complaint, [dkt. 11], its most recent complaint fails to properly allege diversity jurisdiction for the same reasons as its initial complaint.

The Court is not being hyper-technical:  Counsel has a professional obligation to analyze subject-matter jurisdiction, *Heinen v. Northrop Grumman Corp.*, 671 F.3d 669 (7th Cir. 2012), and a federal court always has a responsibility to ensure that it has jurisdiction, *Hukic v. Aurora Loan Servs.*, 588 F.3d 420, 427 (7th Cir. 2009).

**For these reasons, the Court ORDERS LRM to file an Third Amended Complaint by September 11, 2013, properly setting forth a basis for this Court's jurisdiction.  Defendant Computer Support need not answer LRM's Complaint currently on file, [dkt. 19], but**

- 1 -

it should answer or otherwise respond as contemplated by the Federal Rules of Civil Procedure when it is served with the Third Amended Complaint.

09/06/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only:**

Robert L. Burkart
ZIEMER STAYMAN WEITZEL & SHOULDERS
rburkart@zsws.com

Clay W. Havill
ZIEMER STAYMAN WEITZEL & SHOULDERS LLP
chavill@zsws.com